UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ALTHEA E. B. MANUEL, ET AL., | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| v. | ) | No. 1:11cv357-DBH |
| | ) | |
| CITY OF BANGOR, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On October 28, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision. The defendants filed an objection to the Recommended Decision on November 14, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The complaint of the plaintiffs Athea Manuel and Gary Manuel is **DISMISSED** for failure to state a claim. The complaints purportedly filed by the plaintiffs Peter Banks Manual and Maverick Banks Brown Manuel are **DISMISSED** because neither putative plaintiff has directly responded to this Court's show cause order and none of the materials

submitted by the plaintiffs Athea or Gary Manuel shows good cause why the complaint should not be dismissed as to these two named plaintiffs.

    **SO ORDERED.**

    **DATED THIS 18TH DAY OF NOVEMBER, 2011**

                                     /S/D. BROCK HORNBY
                                     **D. BROCK HORNBY**
                                     **UNITED STATES DISTRICT JUDGE**